Case 13-24733-GLT    Doc 43    Filed 09/04/16    Entered 09/05/16 00:56:03    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
9/2/16 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 13-24733-GLT |
| | Chapter 13 |
| MICHAEL T. FYALKOWSKI | |
| EDIE C. FYALKOWSKI | |
| Debtor(s). | |
| | |
| MICHAEL T. FYALKOWSKI | |
| EDIE C. FYALKOWSKI | Related to Dkt. No. 31 |
| Movant(s), | |
| v. | |
| GOLDMAN SACHS MORTGAGE COMPANY servicer OCWEN LOAN SERVICING, LLC | |
| Respondents. | |

## ORDER REOPENING CASE

This matter initially came before the Court upon the Amended Notice of Request for Loss Mitigation [Dkt. No. 25] filed by the Debtors, Michael T. Fyalkowski and Edie C. Fyalkowski. On February 28, 2014, the Court issued a *Loss Mitigation Order* [Dkt. No. 31] which commenced the loss mitigation program ("LMP"). The *Loss Mitigation Order* established certain deadlines as required by this Court's Local Rules. See W.PA.LBR 9020-1 through 9020-7. Based upon a review of the docket, the Debtor(s) failed to comply with those deadlines and did not pursue *LMP* in earnest. For the limited purpose of vacating the *Loss Mitigation Order*, the Court will *sua sponte* reopen the above-captioned case.

AND NOW, based upon the foregoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Clerk shall **REOPEN** the above-captioned case for the limited purpose of vacating the *Loss Mitigation Order*.

Dated:  September 2, 2016

_____
GREGORY L. TADDONIO  cgt
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Debtors
Debtors' Counsel
Goldman Sachs Mortgage Company, servicer Ocwen Loan Servicing, LLC
Leslie J. Rase, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 13-24733-GLT
Michael T. Fyalkowski                                                   Chapter 13
Edie C. Fyalkowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: aala                  Page 1 of 1                  Date Rcvd: Sep 02, 2016
                               Form ID: pdf900             Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2016.
db/jdb         +Michael T. Fyalkowski,   Edie C. Fyalkowski,   723 Sciandro Drive,   Greensburg, PA 15601-4671
cr             +Goldman Sachs Mortgage Company by its attorney in,   Stern & Eisenberg, PC,   1581 Main Street,
                 Suite 200,   Warrington, PA 18976-3400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Corey J. Sacca    on behalf of Debtor Michael T. Fyalkowski csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Corey J. Sacca    on behalf of Joint Debtor Edie C. Fyalkowski csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              David   Neeren    on behalf of Creditor    GOLDMAN SACHS MORTGAGE COMPANY dneeren@udren.com,
               vbarber@udren.com
              David   Neeren    on behalf of Creditor    Ocwen Loan Servicing, LLC as Servicer for Goldman Sachs
               Mortgage Company dneeren@udren.com,   vbarber@udren.com
              Leslie J. Rase, Esq.    on behalf of Creditor    Goldman Sachs Mortgage Company by its attorney in
               fact Ocwen Loan Servicing, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    MTGLQ Investors, LP lcolwell@squirelaw.com,
               kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Stuart P. Winneg    on behalf of Creditor    Goldman Sachs Mortgage Company swinneg@udren.com,
               cblack@udren.com
                                                                                               TOTAL: 12